**IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KENNETH R. MATTHEWS**                                                **PLAINTIFF**

**v.**                     **No. 4:05-CV-01165-WRW**

**TRANS UNION, LLC, et al.**                                       **DEFENDANTS**

**ORDER**

Pending are Plaintiff's Motion to File Amended Complaint (Doc. No. 13), Motion For Judgment on the Pleadings (Doc. No. 19), and Motion for Summary Judgment (Doc. No. 19). Also pending is Defendant Trans Union's Motion to Unseal Document (Doc. No. 18).

Plaintiff's Motion to File Amended Complaint (Doc. No. 13) is GRANTED. Accordingly, the Clerk of the Court is directed to file the Amended Complaint that was attached to the motion.

Plaintiff's Motion For Judgment on the Pleadings (Doc. No. 19) and Motion for Summary Judgment (Doc. No. 19) are DENIED without prejudice to refiling. Plaintiff, if he chooses, may refile the motions at a more appropriate time -- at the earliest, after Defendants have responded to the amended complaint.

Defendant Trans Union's Motion to Unseal Document (Doc. No. 18) is GRANTED. Accordingly, the confidentiality provision of the Release of All Claims and Final Settlement and Confidentiality Agreement entered into in *Matthews v. Trans Union LLC, et al*, 4:03-CV-00678-JMM, has been removed -- except for the amount of the settlement which will remain confidential. The parties may use this Settlement Agreement in this lawsuit to seek to enforce any provisions of the Settlement Agreement.

IT IS SO ORDERED this 13th day of October, 2005.

                                                /s/ Wm. R.Wilson,Jr.
                                                UNITED STATES DISTRICT JUDGE